```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/19/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**ALON NACHMANY,**

                  **Plaintiff,**

      -against-

**FXCM, INC., ET AL.,**

                  **Defendants.**

------------------------------------------------------------------- x

**16-CV-00225 (ALC)**

**ORDER GRANTING**
**MOTION TO WITHDRAW**

**ANDREW L. CARTER, JR., District Judge:**

      Stephen McQuade, an attorney of record for Plaintiff, moved for leave to withdraw as counsel by letter motion dated November 18, 2020. ECF No. 49. Plaintiff's counsel has provided the Court with a sufficient basis for withdrawal. McQuade is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

**SO ORDERED.**

**Dated:**  **November 19, 2020**
           **New York, New York**

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**