USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/21/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALON NACHMANY,** | |
| Plaintiff, | **16-cv-00225 (ALC)** |
| -against- | |
| **FXCM, INC., ET AL.,** | **ORDER OF DISCONTINUANCE** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated: **December 21, 2020**
   **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**